BROWN v. COWEE.—*Case reserved.*

S. L. 1844, p. 11, § 2, provides that "inquests or assessments may be taken in all actions upon contract, unless the defendant, his agent or attorney shall, on or before the first day of the term at which the cause is noticed for trial, file with the clerk an affidavit, setting forth that such defendant has a good and substantial defence on the merits, to the action of the plaintiff, or to some portion of the plaintiff's claim therein, as he is advised by his counsel and verily believes."

*Held*, that the person who makes the affidavit required by this statute, whether the defendant, or his agent or attorney, must swear to a defence upon the merits, *from his own knowledge* of the facts constituting such defence, and not from information and belief.

MALONY v. MAHAR.—*Case reserved.*

The deputy county treasurer, has power, in the absence of the treasurer, to administer the oath which § 9 of R. S. 1838. p. 87, requires the township collector to make " before the county treasurer, or in his absence, before a justice of the peace," on return of unpaid taxes on lands in his township. The language of this section does not restrict the general power of the deputy " to perform all the duties of the treasurer, in his absence," conferred by R. S. 1838, p. 42, § 22.